1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| DAVID E. COMBS, | ) Case No. CV 11-3209 JCG |
|        Plaintiff, | ) |
| | ) **JUDGMENT** |
|     v. | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
|        Defendant. | ) |

19
20
21

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

22
23

DATED: March 26, 2012

24
25
26
27
28

_____
Hon. Jay C. Gandhi
United States Magistrate Judge